# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Facciola, John M. | **2. Court or Organization**<br><br>District of Columbia | **3. Date of Report**<br><br>06/12/2103 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>E. Barrett Prettyman Courthouse<br>333 Constitution Avenue N.W.<br>Washington DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/31/2012 | Georgetown University Approved Teaching at Foundations of American Law Program for foreign students | $600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2012 | Fairfax County School System Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nova Office Strategies | Jan. 17-18, 2012 | Charlotte, NC | Conference | (meals, transportation, lodging) |
| 2. | American Bar Association | Feb. 29 - Mar. 2, 2012 | Miami, FL | Conference | (meals, transportation, lodging) |
| 3. | NY Intl. Prop. Law Assn. | Mar. 23 - 24, 2012 | New York, NY | Conference | (meals, transportation, lodging) |
| 4. | American Bar Assn. | April 12-14, 2012 | Los Angeles, CA | Conference | (meals, transportation, lodging) |
| 5. | Penn. Bar Assn. | May 10-11, 2012 | Philadelphia, PA | Conference | (meals, transportation, lodging) |
| 6. | American Bar Assn. | May 15, 2012 | Washington, DC | Conference | (parking) |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

| 7. | American Bar Assn. | May 17-18, 2012 | New York, NY | Conference | (meals, transportation, lodging) |
|---|---|---|---|---|---|
| 8. | Guidance Software | May 21-23, 2012 | Las Vegas, NV | Conference | (meals, transportation, lodging) |
| 9. | Arizona State University | May 23-26, 2012 | Phoenix, AZ | Conference | (meals, transportation, lodging) |
| 10. | The Sedona Conference | Sept. 12-14, 2012 | Atlanta, GA | Conference | (meals, transportation, lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | J |
| 2. | Master Card | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings and Money Market Accounts BB& T | A | Interest | L | T | | | | | |
| 2. Paine Webber Cash Fund | A | Interest | J | T | | | | | |
| 3. Federal Justice Credit Union | A | Interest | J | T | | | | | |
| 4. Fifth Third Capital Trust Preferred | A | Dividend | | | Sold | 06/04/12 | J | | |
| 5. ING Groep NV Perpetual Hybrid Cap PFD stock | B | Dividend | K | T | | | | | |
| 6. Lehman Bros Holding Inc Preferred Stock | | None | J | T | | | | | |
| 7. Lehman Bros Holdings Ind (II) Bond | | None | J | T | | | | | |
| 8. Pacific Frontiers Life Insurance Fund | A | Interest | K | T | | | | | |
| 9. Invesco Mortgage Capital Inc | B | Dividend | K | T | | | | | |
| 10. United Development Funidng IV | A | Dividend | J | T | | | | | |
| 11. Legent Insured Deposit Account | B | Interest | J | T | | | | | |
| 12. Penn Mutual Flexible Premium Variable Life Insurance | A | Interest | J | T | | | | | |
| 13. HSBC Bank USA NA US Indy Titans -CD | A | Interest | J | T | | | | | |
| 14. Smart Trust Diversified Dividend | A | Dividend | | | Sold | 9/04/12 | J | | |
| 15. BP Prudhoe Bay Royalty Trust | | None | | | Sold | 1/5/12 | K | A | |
| 16. Van Kampen Unit TR 1106 | A | Dividend | J | T | | | | | |
| 17. Smart Trust Enhanced Value 11 | A | Dividend | | | Sold | 06/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Telecom Italia Capital Note | B | Interest | K | T | Buy | 01/10/12 | K | | |
| 19. Telecom Italia Capital Note | | None | | | Sold (part) | 03/13/12 | K | A | |
| 20. International Lease Finance Note | A | Interest | | | Sold | 2/21/12 | K | A | |
| 21. Legend Insured Deposit Account | A | Interest | J | T | | | | | |
| 22. PHH Group Inc. Note | A | Interest | | | Buy | 1/13/12 | K | | |
| 23. PHH Group Inc. Note | | None | | | Redeemed | 9/24/12 | K | A | |
| 24. Donnelley RR &Sons Co. Note | A | Interest | | | Buy | 2/13/12 | K | | |
| 25. Donnelley RR & Sons Co. Note | | None | | | Sold | 9/19/12 | K | A | |
| 26. Amerenergy Generating Co Senior Note due 04/15/18 | A | Interest | J | T | Buy | 3/20/12 | K | | |
| 27. Pimco Dynamic Inc Fund | | None | | | Buy | 5/25/12 | J | | |
| 28. Pimco Dynamic Inc Fund | | None | | | Sold | 6/25/12 | J | A | |
| 29. BP Prudhoe Bay Royalty Trust | | None | | | Buy | 6/4/12 | K | | |
| 30. BP Prudhoe Bay Royalty Trust | | None | | | Sold | 06/07/12 | K | A | |
| 31. Vodafone Group PLC New Sponsored ADR | | None | J | T | Buy | 6/15/12 | J | | |
| 32. AG Mortgage Inv. TR Inc | A | Dividend | J | T | Buy | 7/20/12 | J | | |
| 33. Amerenergy Generating Co. Inc Note due 06/01/32 | A | Interest | J | T | Buy | 9/11/12 | K | | |
| 34. Smart Trust High 20 Div | A | Dividend | J | T | Buy | 10/11/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Babson Capital GLB Short Duration High Yield | | None | K | T | Buy | 10/26/12 | K | | |
| 36.  Jefferies Group Inc Senior Note | A | Interest | K | T | Buy | 2/24/12 | K | | |
| 37.  American Capital Agency Corp | B | Dividend | | | Sold | 02/10/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2103 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Facciola, John M. | 06/12/2103 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Facciola**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544